# Order

Michigan Supreme Court
Lansing, Michigan

November 27, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147883-7(48)


MENARD, INC.,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee,
and

STATE TREASURER and STATE OF
MICHIGAN,
        Defendants.
_____/

SC: 147883
COA: 310399
Ct of Claims: 10-000082-MT


SEARS ROEBUCK AND CO.,
        Plaintiff-Appellant,

v

STATE TREASURER, STATE OF
MICHIGAN, and DEPARTMENT OF
TREASURY,
        Defendants-Appellees.
_____/

SC: 147884
COA: 311053
Ct of Claims: 09-000068-MT


MENARD, INC.,
        Plaintiff-Appellant,

v

STATE TREASURER, STATE OF
MICHIGAN, and DEPARTMENT OF
TREASURY,
        Defendants-Appellees.
_____/

SC: 147885
COA: 311261
Ct of Claims: 09-000057-MT

ART VAN FURNITURE-CONNER, INC.,
          Plaintiff-Appellant,

v

STATE TREASURER, STATE OF
MICHIGAN, and DEPARTMENT OF
TREASURY,
          Defendants-Appellees.
_____/

SC: 147886
COA: 311294
Ct of Claims: 09-000059-MT

ART VAN FURNITURE, INC.,
          Plaintiff-Appellant,

v

STATE TREASURER, STATE OF
MICHIGAN, and DEPARTMENT OF
TREASURY,
          Defendants-Appellees.
_____/

SC: 147887
COA: 312168
Ct of Claims: 09-000058-MT

On order of the Chief Justice, the motion of the Michigan Retailers Association to participate as amicus curiae is GRANTED. The brief submitted by the Michigan Retailers Association on November 19, 2013, on the application for leave to appeal is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2013



Clerk